IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| *R.R.C.*, *et al.*, | * | CASE NOS. 4:25-CV-525 (CDL) |
| | | 4:25-cv-527 (CDL) |
| Petitioners, | * | 4:26-cv-073 (CDL) |
| | | 4:26-cv-076 (CDL) |
| vs. | * | 4:26-cv-098 (CDL) |
| | | 4:26-cv-163 (CDL) |
| WARDEN, STEWART DETENTION | * | 4:26-cv-176 (CDL) |
| CENTER, *et al.*, | | 4:26-cv-226 (CDL) |
| | * | 4:26-cv-249 (CDL) |
| Petitioners. | | 4:26-cv-266 (CDL) |
| Respondents. | * | 4:26-cv-271 (CDL) |

O R D E R

Petitioners are detainees at the Stewart Detention Center awaiting removal proceedings. The Court previously ordered Respondents to provide Petitioners with bond hearings to determine if each Petitioner may be released on bond under 8 U.S.C. § 1226(a) and the applicable regulations. Petitioners assert that an immigration law judge failed to provide them with constitutionally adequate bond hearings, and each Petitioner filed a motion to enforce judgment.

The above captioned cases involve common questions of law and fact. Therefore, they are consolidated pursuant to Federal Rule of Civil Procedure 42. The lead case shall be 4:25-CV-525 (CDL), and all future filings, including Petitioners' forthcoming motion for discovery and Respondents' response to that motion, should be filed only in that case.

For any additional cases that raise common questions of law and fact because of a similar motion to enforce judgment based on an immigration judge's alleged failure to provide a constitutionally adequate bond hearing, counsel for the petitioner shall file a notice in that case stating that it should be consolidated into this action. Upon receipt of such a notice, the Clerk shall consolidate the action into this action.

IT IS SO ORDERED, this 24th day of February, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA